# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **JULIA B. GRAY,** ) | |
| ) | **Civil Action No. 2:10-cv-1185** |
| **Plaintiff,** ) | **(Justice Joseph R. Goodwin)** |
| ) | |
| v. ) | |
| ) | |
| ) | |
| **ATKINS LAW OFFICES, LC and** ) | |
| **NCO FINANCIAL SYSTEMS, INC.** ) | |
| ) | |
| **Defendants.** ) | |

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the instant action be dismissed with prejudice and without costs, and waive all rights of appeal.

Dated:  August 26, 2011                                    Dated:  August 26, 2011

**THE ROSE LAW FIRM, PLLC**                          **ALLEN KOPET & ASSOCIATES**

s/ *G. Christopher Gleason*                              /s *Albert C. Dunn, Jr.*
G. Christopher Gleason, Esq.                              Albert C. Dunn, Jr. Esq.
*Attorneys for* Plaintiff                                      *Attorneys for* NCO Financial Systems Inc.
501 New Karner Road                                        PO Box 3029
Albany, New York 12866                                   Charleston, WV  25331
Tel: (518) 869-9200                                            Tel: (304) 342-4567
cgleason@theroselawfirm.com                           adunn@allen-kopet.com

Dated: August 26, 2011

**ATKINS LAW OFFICES**

s/ *Bree Whipp Ogle*
*Attorneys for* Atkins Law Offices, PC
PO Box 300
Buffalo, WV 25033
Tel: (304) 937-4986
bogle_atkinslaw@yahoo.com

Dated: August ___, 2011


_____
SO ORDERED

J:\Data\Fair Debt\West Virginia\Matter\20727 Gray, Julia\NCO-Atkins\Pleadings\Stip of Dismissal .doc