IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| JULIA B. GRAY, ) | |
| ) | Civil Action No. 2:10-cv-1185 |
| Plaintiff, ) | (Justice Joseph R. Goodwin) |
| ) | |
| v. ) | |
| ) | |
| ) | |
| ATKINS LAW OFFICES, LC and ) | |
| NCO FINANCIAL SYSTEMS, INC. ) | |
| ) | |
| Defendants. ) | |

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the instant action be dismissed with prejudice and without costs, and waive all rights of appeal.

Dated: August 26, 2011

**THE ROSE LAW FIRM, PLLC**

s/ *G. Christopher Gleason*
G. Christopher Gleason, Esq.
*Attorneys for* Plaintiff
501 New Karner Road
Albany, New York 12866
Tel: (518) 869-9200
cgleason@theroselawfirm.com

Dated: August 26, 2011

**ATKINS LAW OFFICES**

s/ *Bree Whipp Ogle*
*Attorneys for* Atkins Law Offices, PC
PO Box 300
Buffalo, WV 25033
Tel: (304) 937-4986
bogle_atkinslaw@yahoo.com

Dated: August 26, 2011

**ALLEN KOPET & ASSOCIATES**

/s *Albert C. Dunn, Jr.*
Albert C. Dunn, Jr. Esq.
*Attorneys for* NCO Financial Systems Inc.
PO Box 3029
Charleston, WV 25331
Tel: (304) 342-4567
adunn@allen-kopet.com

Dated: August 29, 2011

_____
SO ORDERED

J:\Data\Fair Debt\West Virginia\Matter\20727 Gray, Julia\NCO-Atkins\Pleadings\Stip of Dismissal .doc